STATE of Missouri, Respondent,

v.

Dale L. WALKER, Appellant.

No. WD 45922.

Missouri Court of Appeals, Western District.

Nov. 17, 1992.

Danieal Howard Miller, Columbia, for appellant.

Kevin M.J. Crane, Asst. Pros. Atty., Boone County, Columbia, for respondent.

Before FENNER, P.J., and TURNAGE and KENNEDY, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of assault in the third degree, Section 565.070, RSMo 1986, and from sentence of sixty days' confinement.

Judgment affirmed.   Rule 30.25(b).